

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE A. LONG, JR. AND<br>ROSE MARY LONG | |
| | CIVIL ACTION |
| VERSUS | |
| | NO. 08-136-JVP-DLD |
| WOOD-MIZER PRODUCTS, INC. | |

## RULING ON MOTIONS

This matter is before the court on three motions by defendants, George A. Long, Jr. and Rose Mary Long: a motion for reconsideration of the court's ruling granting summary judgment to plaintiff (doc. 23); a motion to withdraw the motion for reconsideration (doc. 26); and a motion for leave to add affidavits to their opposition to the motion for summary judgment (doc. 27).

Defendants' motion to withdraw the July 14, 2008 motion for reconsideration (doc. 26) is hereby **GRANTED**, and defendants' motion for leave to add affidavits to their opposition to the motion for summary judgment (doc. 27) is hereby **DENIED** as moot.

Baton Rouge, Louisiana, August 6, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA